AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DEANN G GRAHAM
*also known as*
DeAnn Graham

        Plaintiff
  v.                                 Civil Action No. 3:23-cv-237

DAVID C BONFIGLIO

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E. DeGuilio.

DATE:  07/11/2023           CHANDA J. BERTA, CLERK OF COURT

                            by    s/J. Barboza
                                *Signature of Clerk or Deputy Clerk*